```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JUAN RUIZ-DURAN
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-07-542-LKK |
|   Plaintiff, | ) ORDER AFTER HEARING |
|   v. | ) |
| JUAN RUIZ-DURAN | ) Date: September 3, 2008 |
|   | ) Time:  9:30 a.m. |
|   Defendant. | ) Judge: Lawrence K. Karlton |

This matter came before the Court for Status Conference on August 26, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government, represented by its counsel, Assistant United States Attorney, Daniel McConkie, defense counsel for JUAN RUIZ-DURAN, Assistant Federal Defender Lauren Cusick, and the defendant was present.

Defense counsel requested that the matter be set for status conference on September 3, 2008 at 9:30 a.m.

IT IS HEREBY ORDERED that this matter be set for a status conference on September 3, 2008 at 9:30 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161

1  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
2  from August 19, 2008 to and including September 3, 2008, is excluded
3  from the time computations required by the Speedy Trial Act due to
4  ongoing preparation of counsel.
5  DATED: September 2, 2008

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order/Juan Ruiz-Duran               3