```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JUAN RUIZ-DURAN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-07-542-LKK
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  JUAN RUIZ-DURAN              )  Date: September 23, 2008
                                 )  Time:  9:30 a.m.
16              Defendant.       )  Judge: Lawrence K. Karlton
    _____ )
17
```

18       It is hereby stipulated between the parties, Daniel S. McConkie,
19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20  Cusick, Assistant Federal Defender, attorney for defendant, JUAN RUIZ-
21  DURAN, that the status conference set for September 3, 2008 be reset
22  for September 23, 2008 at 9:30 a.m.
23       This continuance is being requested because defense counsel
24  requires additional time to discuss the government's proposed plea
25  agreement with Mr. Ruiz-Duran.
26       It is further stipulated that the period from September 3, 2008
27  through and including September 23, 2008 should be excluded pursuant to
28  / / /

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 28, 2008                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Lauren Cusick
                                          LAUREN D. CUSICK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          EDUARDO VARGAS-TELLEZ

Dated:  August 28, 2008                   MCGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ Lauren Cusick for
                                          DANIEL S. McCONKIE
                                          Assistant U.S. Attorney
                                          per telephonic authorization


**O R D E R**

IT IS SO ORDERED.

Dated: September 2, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and Order/Juan Ruiz-Duran            2