```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JUAN RUIZ-DURAN
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-07-542-LKK
                                   )
13              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
14      v.                         )
                                   )
15  JUAN RUIZ-DURAN                )  Date:  November 4, 2008
                                   )  Time:  9:15 a.m.
16              Defendant.         )  Judge: Lawrence K. Karlton
    _____)
17
```

18     It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, JUAN RUIZ-

21 DURAN, that the status conference set for October 15, 2008 be reset for

22 November 4, 2008 at 9:15 a.m.

23     This continuance is being requested because defense counsel

24 requires additional time to discuss the government's proposed plea

25 agreement with Mr. Ruiz-Duran.

26     It is further stipulated that the period from October 15, 2008

27 through and including November 4, 2008 should be excluded pursuant to

28 / / /

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 10, 2008              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Lauren Cusick
                                              LAUREN D. CUSICK
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              EDUARDO VARGAS-TELLEZ

Dated:  October 10, 2008             MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Lauren Cusick for
                                              DANIEL S. McCONKIE
                                              Assistant U.S. Attorney
                                              per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: October 14, 2008

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT