1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    JUAN RUIZ-DURAN
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-07-542-LKK
                                   )
13                   Plaintiff,    )  ORDER AFTER HEARING
                                   )
14        v.                       )
                                   )  Date:  November 25, 2008
15  JUAN RUIZ-DURAN                )  Time:  9:15 a.m.
                                   )  Judge: Lawrence K. Karlton
16                   Defendant.    )
    _____)
17

18       This matter came before the Court for Status Conference on

19  November 4, 2008, in the courtroom of the Honorable Lawrence K.

20  Karlton, U.S. District Court Judge.  The government, represented by its

21  counsel, Assistant United States Attorney, Daniel McConkie, defense

22  counsel for JUAN RUIZ-DURAN, Assistant Federal Defender Lauren Cusick,

23  and the defendant was present.

24       Defense counsel requested that the matter be set for status

25  conference on November 25, 2008 at 9:15 a.m.

26       IT IS HEREBY ORDERED that this matter be set for a status

27  conference on November 25, 2008 at 9:15 a.m.

28       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161

1   (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period

2   from November 4, 2008 to and including November 25, 2008, is excluded

3   from the time computations required by the Speedy Trial Act due to

4   ongoing preparation of counsel.

5   DATED: November 5, 2008

6

7

8                                    LAWRENCE K. KARLTON

9                                    SENIOR JUDGE

                                     UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order/Juan Ruiz-Duran        2