```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JUAN RUIZ-DURAN
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-07-542-LKK
                                 )
13                  Plaintiff,   ) ORDER AFTER HEARING
                                 )
14       v.                      )
                                 ) Date: February 18, 2009
15  JUAN RUIZ-DURAN              ) Time:  9:15 a.m.
                                 ) Judge: Lawrence K. Karlton
16                  Defendant.   )
    _____)
17
```

18   This matter came before the Court for Status Conference on
19 November 25, 2008, in the courtroom of the Honorable Lawrence K.
20 Karlton, U.S. District Court Judge. The government, represented by its
21 counsel, Assistant United States Attorney, Daniel McConkie, defense
22 counsel for JUAN RUIZ-DURAN, Assistant Federal Defender Lauren Cusick,
23 and the defendant was present.

24   Defense counsel requested that the matter be set for a trial
25 confirmation hearing on February 18, 2009 at 9:15 a.m. and a jury trial
26 on March 10, 2009 at 10:30 a.m.

27   IT IS HEREBY ORDERED that this matter be set for a trial
28 confirmation hearing on February 18, 2009 at 9:15 a.m. and a jury trial

on March 10, 2009 at 10:30 a.m.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from November 25, 2008 to and including February 18, 2009, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: November 26, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT