```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JUAN RUIZ-DURAN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-542-LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER VACATING |
| | ) TRIAL CONFIRMATION HEARING AND |
| v. | ) JURY TRIAL AND SETTING FOR A |
| | ) CHANGE OF PLEA HEARING |
| JUAN RUIZ-DURAN | ) |
| | ) |
| Defendant. | ) Date: January 6, 2009 |
| | ) Time: 1:30 p.m. |
| _____ | ) Judge: Lawrence K. Karlton |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, JUAN RUIZ-DURAN, that the trial confirmation hearing set for February 18, 2009 and the jury trial set for March 10, 2009 be vacated and a change of plea hearing be set for Tuesday, January 6, 2009 at 1:30 p.m.

It is further stipulated that the period from the date of this order through and including January 6, 2009 should be excluded pursuant

/ / /

1  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
2  of counsel and defense preparation.
3  Dated: December 18, 2008             Respectfully submitted,
4                                       DANIEL J. BRODERICK
                                        Federal Defender
5
6                                       /s/ Lauren Cusick
                                        LAUREN D. CUSICK
7                                       Assistant Federal Defender
                                        Attorney for Defendant
8                                       JUAN RUIZ-DURAN
9
   Dated:  December 18, 2008            MCGREGOR W. SCOTT
10                                      United States Attorney
11
                                        /s/ Lauren Cusick for
12                                      DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
13                                      per telephonic authorization
14

15                                **O R D E R**

16  IT IS SO ORDERED.
17  Dated: December 19, 2008
18
19                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
20                                      UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28