UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-07-542 LKK

    Plaintiff,

  v.                           O R D E R

JUAN RUIZ DURAN,

    Defendant.
                                     /

    Defendant Juan Ruiz Duran has filed a "request for trial transcripts and legal documents" in order to file a petition for habeas corpus. Defendant entered into a plea agreement over two years ago. The court has considered defendant's request and finds that it lacks merit. Thus, defendant's request (Doc. No. 33) is DENIED.

    IT IS SO ORDERED.

    DATED: March 17, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1