UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         NO. CR. S-07-542 LKK

    Plaintiff,

  v.                          O R D E R

JUAN RUIZ DURAN,

    Defendant.
                                      /

On February 10, 2011, defendant Juan Ruiz Duran filed a "request for trial transcripts and legal documents." (Doc. No. 33). Along with this request, Duran filed a document entitled, "motion for leave to proceed in forma pauperis," in which he submitted an affidavit of poverty. (Doc. No. 34). On March 18, 2011, the court denied Duran's request for trial transcripts and legal documents. (Doc. No. 35). It did not, however, rule on the "motion for leave to proceed in forma pauperis." It appears to the court that Duran did not intend to move for leave to proceed in forma pauperis, but rather sought to inform the court of his poverty in support of his

```
1  request for trial transcripts and legal documents.
2       For the foregoing reasons, the court HEREBY DENIES Duran's
3  motion for leave to proceed in forma pauperis. (Doc. No. 34).
4       IT IS SO ORDERED.
5       DATED: May 13, 2011.
```

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2